UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Cristie Fontanez, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.*                    No. 3:10-cv-10707-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on January 29, 2013, February 26, 2014, and march 27, 2015, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
         Deputy Clerk

Digitally signed by
David R. Herndon
Date: 2015.04.11
14:43:31 -05'00'

APPROVED:
        DISTRICT JUDGE
        U. S. DISTRICT COURT